**Order entered March 21, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01358-CV

### GREGORY VON LEE, Appellant

### V.

### DALLAS AREA RAPID TRANSIT, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-03665-A**

## ORDER

By letter dated March 11, 2019, the Court informed appellant his brief was deficient and instructed him to file, by March 21, 2019, an amended brief correcting the noted deficiencies. On March 20, 2019, appellant filed both an amended brief and a motion requesting a fourteen-day extension of time to file an amended brief. The amended brief fails to correct the deficiencies noted in the March 11 letter. In his motion, appellant explains that he is seeking legal help with his brief. We **GRANT** the motion as follows. We **STRIKE** the amended brief. We **ORDER** appellant to file, by **April 12, 2019**, an amended brief correcting the deficiencies noted in this Court's March 11 letter. We caution appellant that failure to comply may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

/s/     KEN MOLBERG
          JUSTICE